472 A.2d 259

Commonwealth v. Jones, Appellant.

Submitted November 7, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.

McEWEN, J., concurred in the result.